JAMES B. HAYNES, *Respondent*, v. JAMES H. RUDD, *Appellant.* — Motion for leave to appeal to the Court of Appeals granted.

DOCTOR F. JACKSON, *Respondent*, v. ANTHONY H. KASSEAL, *Appellant.* — Motion for leave to appeal to the Court of Appeals denied.

CHARLES G. ALLEN, *Respondent*, v. DAVID CHAPMAN, *Appellant.* — Motion for leave to appeal to the Court of Appeals denied.

JOSEPH ESMOND and another, *Appellants*, v. MOSES L. ABBOTT, *Respondent.* — Motion to dismiss appeal denied, with ten dollars costs.

JAY A. PULVER, *Appellant*, v. JAMES BENTON, *Respondent.* — Motion to dismiss appeal denied, with ten dollars costs.

JOSEPHINE SAHLER v. JENNIE L. WILLIAMS, *Executrix.* — Motion to correct order denied, without costs. SMITH, P. J., not sitting.

JESSE BRIGGS v. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, and two other cases in favor of other plaintiffs against the same defendant. — Motion for leave to appeal to the Court of Appeals or for reargument denied in each case, without costs. SMITH, P. J., not sitting.

HARVEY S. BEDELL, *as Assignee*, v. WILLIAM H. BARNES. — Motion for leave to appeal to the Court of Appeals denied.

MADISON COOPER, *Respondent*, v. THOMAS R. LANGDON, *Appellant.* — Motion for leave to appeal to the Court of Appeals denied.

THE PEOPLE OF THE STATE OF NEW YORK v. MERCHANTS' BANK. — Motion for leave to receiver to pay counsel fees, etc., granted.

NORA COWELL, *by Guardian*, *Respondent*, v. SETH DAY, *Appellant.* — Judgment reversed and new trial ordered, costs to abide event. Opinion by BARKER, J.

CALVIN RUSSELL, *Respondent*, v. JOHN C. SCHEETZ and others, *Appellants.* — Judgment and order reversed and new trial ordered, costs to abide event. Opinion by HARDIN, J.